UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
TENNESSEE AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 3:20-CR-58 |
| v. | ) | JUDGE CRYTZER |
| | ) | |
| EVERETT EUGENE MILLER, JR., | ) | |
| also known as "EJ," | ) | |

## **VERDICT FORM**

We, the members of the jury, find unanimously and from all the evidence as follows:

### **Count One**

1) From in or about July 2019, to on or about January 23, 2020, within the Eastern District of Tennessee and elsewhere, defendant EVERETT EUGENE MILLER, JR., using a facility or means of interstate and foreign commerce, knowingly persuaded, induced, enticed, and coerced H.E., a minor who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, to wit, a violation of Tennessee Code Annotated, Section 39-13-506(c), and attempted do to so, in violation of Title 18, United States Code, Section 2422(b).

We find the defendant, EVERETT EUGENE MILLER, JR.:

_____ NOT GUILTY



_____ GUILTY

### **Count Two**

2) From on or about December 29, 2019, to on or about January 9, 2020, within the Eastern District of Tennessee and elsewhere, defendant EVERETT EUGENE MILLER, JR.,

1

knowingly transported an individual who had not attained the age of 18 years in interstate and foreign commerce with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2423(a).

We find the defendant EVERETT EUGENE MILLER, JR.:



_____ NOT GUILTY

\_\_\_✓\_\_\_ GUILTY

## Count Three

3) From on or about December 29, 2019, to on or about January 9, 2020, within the Eastern District of Tennessee and elsewhere, defendant EVERETT EUGENE MILLER, JR., an individual required by federal or other law to register as a sex offender, committed a felony offense involving a minor as charged in Count 1, Count 2, or both Counts 1 and 2 of this Indictment, in violation of Title 18, United States Code, Section 2260A.

We find the defendant EVERETT EUGENE MILLER, JR.:



_____ NOT GUILTY

\_\_\_✓\_\_\_ GUILTY

## Count Four

4) On or about August 14, 2020, within the Eastern District of Tennessee, defendant EVERETT EUGENE MILLER, did knowingly escape and attempt to escape from the custody of an authorized representative of the Attorney General while defendant EVERETT EUGENE MILLER, JR., was detained by virtue of an Order of Detention Pending Trial issued by United

States Magistrate Judge H. Bruce Guyton on July 15, 2020, in violation of Title 18, United States Code, Section 751(a).

We find the defendant EVERETT EUGENE MILLER, JR.:

_____  NOT GUILTY

\_\_\_✓\_\_\_\_  GUILTY

**SIGNATURE OF FOREPERSON**

\_\_4/13/2022\_\_\_\_\_
**DATE**

3